No. 77–6898. Dumas v. Bordenkircher, Penitentiary Superintendent. C. A. 6th Cir. Certiorari denied. ▮

No. 77–6901. Matthews v. California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 77–6903. Price v. United States. C. A. 9th Cir. Certiorari denied.

No. 77–6904. Jones v. United States. C. A. 6th Cir. Certiorari denied.

No. 77–6907. Pittman v. Georgia Power Co. C. A. 5th Cir. Certiorari denied.

No. 77–6909. Chiles v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 77–6911. Morici v. United States. C. A. 2d Cir. Certiorari denied.

No. 77–6913. Peters v. Bank of America NT & SA et al. C. A. 9th Cir. Certiorari denied.

No. 77–6915. Lopez-Zaragoza et al. v. United States. C. A. 7th Cir. Certiorari denied.

No. 77–6917. Cheatwood v. United States. C. A. 10th Cir. Certiorari denied.

No. 77–6919. Jones v. Tennessee. Ct. Crim. App. Tenn. Certiorari denied.

No. 77–6921. Ransonette v. Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 77–6923. Graham v. United States. C. A. 9th Cir. Certiorari denied.

No. 77–6924. Ashley v. United States. C. A. 5th Cir. Certiorari denied.